734

Frederick N. Rieder Agency, Inc. *v.* Allstate Insurance Company, Appellant.

order by HIRSH, J.
Argued March 17, 1975. *Daniel F. LaCava,* for appellant; *Mark D. Seltzer,* with him *Sidkoff, Pincus, Greenberg & Golden,* for appellee.

Order affirmed.

## Fritz *v.* Watts, Appellant.

Argued March 19, 1975. *John P. Campana,* with him *Campana & Campana,* for appellant; *Allen E. Ertel,* with him *Ertel & Kieser,* for appellee.

Judgment affirmed.

## Gamler, et al., Appellants, *v.* Baxter.

order by HONEYMAN, J.
Argued March 21, 1975. *Daniel L. Thistle,* with him *Beasley, Hewson, Casey, Kraft & Colleran,* for appellants; *Gilbert P. High, Jr.,* with him *High, Swartz, Roberts & Seidel,* for appellee.

Order affirmed.

## Geary *v.* Penn Cooler Corporation, Appellant.

Argued March 18, 1975. *Jerome